# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2017

156274-5

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

*In re* HICKS, Minors.

SC:  156274
COA:  335976
Wayne CC Family Division:
14-516277-NA

_____/

*In re* HICKS, Minors.

SC:  156275
COA:  335977
Wayne CC Family Division:
14-516277-NA

_____/

On order of the Court, the application for leave to appeal the July 13, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2017



Clerk

p0912